FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES JOSEPH REEVIS, V, <br><br> Plaintiff, <br><br> v. <br><br> NO NAMED DEFENDANT, <br><br> Defendant. | NO: 2:24-CV-0108-TOR <br><br> ORDER DISMISSING ACTION |

By Order filed May 7, 2024, the Court denied Plaintiff leave to proceed *in forma pauperis* and granted him thirty (30) days to submit a new application, providing all relevant information regarding his prior lawsuits. ECF No. 4. The Court cautioned Plaintiff that his failure to comply with the Order would be construed as his consent to the dismissal of his action. *Id.* at 3. He has filed nothing further in this action.

Accordingly, for the reasons set forth above and in the Court's prior Order, ECF No. 4, **IT IS ORDERED**:

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* WITH LEAVE TO RENEW -- 1

(1)     This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

(2)     The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at this last known address, and **CLOSE** the file.

**DATED** June 14, 2024.



THOMAS O. RICE
United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* WITH LEAVE TO RENEW -- 2